UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIRLEY A. GOODE and SEAN GOODE, </br></br> Plaintiffs, </br></br> v. </br></br> DANIEL SMITH and CITY OF BOSTON </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No.1:21-CV-11457-GAO </br> ) </br> ) </br> ) </br> ) </br> ) |

### JOINT STIPULATION OF THE PARTIES REGARDING PROTECTIVE ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, all parties to this action hereby stipulate that they have agreed to the terms of the Protective Order attached hereto, and they hereby submit said Protective Order to the Court for endorsement and docketing.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFFS** </br> **SHIRLEY A. GOODE** and **SEAN GOODE**, </br></br> By their attorney: </br></br></br> /s/ Daryl Abbas </br> Daryl Abbas, Esq. </br> BBO# 676080 </br> Upper Charles Law Group, LLC </br> 81 Hartwell Avenue, Suite 101 </br> Lexington, MA 02421 </br> (P): (617) 600.7150 </br> *dabbas@uclawgroup.com* | **DEFENDANTS,** </br> **CITY OF BOSTON** and **DANIEL SMITH,** </br></br> By its attorneys: </br></br> Adam N. Cederbaum </br> Corporation Counsel </br></br> /s/ Bridget I. Davidson </br> Bridget I. Davidson (BBO#710244) </br> Assistant Corporation Counsel </br> City of Boston Law Department </br> City Hall, Room 615 </br> Boston, MA  02201 </br> (617) 635-3238 </br> bridget.davidson@boston.gov |

## CERTIFICATE OF SERVICE

I, Bridget I. Davidson, hereby certify that on February 17, 2023 a true copy of the above document will be served upon all parties of record via this court's electronic filing system and to those non-registered participants via email.

/s/ Bridget I. Davidson
Bridget I. Davidson