UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIRLEY A. GOODE and SEAN GOODE, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL SMITH, <br><br> Defendant. | Civil Action No. 21-cv-11457-DJC |

## SPECIAL JURY VERDICT FORM

We, the jury, find:

### First Claim:  42 U.S.C. § 1983 Claim

1. Did the Plaintiffs prove by a preponderance of the evidence that Defendant subjected them to an unreasonable seizure in violation of 42 U.S.C. § 1983 on July 4, 2018?

    Yes ____    No __X__

### Second Claim:  Intentional Infliction of Emotional Distress Claim:

2. Did the Plaintiffs prove by a preponderance of the evidence that Defendant intentionally inflicted emotional distress on them?

    Yes ____    No __X__

### Third Claim:  Violation of Mass. Gen. Laws c. 272 § 85A

3. Have the Plaintiffs proved by a preponderance of the evidence that Defendant killed their dog with wrongful intent?

    Yes ____    No __X__

1

*(If your answer to Question 3 was "yes," proceed to Question 4. If your answer to Question 3 was "no", then proceed to the next instruction.)*

4. If your answer to Question 3 was yes, what, if any, was the value of Plaintiffs' dog?

    $_____ (write any amount in figures)

    _____ (write any amount in words)

*If you answered "yes" to Questions 1 and/or 2 above, go on to Question 5. If you answered "no" to Questions 1 through 2, skip Question 5 and have the foreperson sign and date this form.*

**Damages:**

5. If you answered yes to Questions 1 and/or 2 above, what damages, if any, do you award to Plaintiffs in this case?

    $_____ (write any amount in figures)

    _____ (write any amount in words)

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

JUNE 27, 2024
DATE

_[signature]_
FOREPERSON'S SIGNATURE