UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SHIRLEY GOODE, ET AL**
        Plaintiff(s)

        v.                                  CIVIL ACTION NO. **21-11457-DJC**

**DANIEL SMITH**
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

X    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Judgment for the defendant.

Robert M. Farrell, Clerk

Dated:  June 28, 2024                                  /s/ Lisa M. Hourihan
                                                                   ( By )  Deputy Clerk